KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MYRA BOLECHE MINKS and CARMINA DANICA SANTOS,<br><br>    Defendants. | No. 3-05-70743 JCS<br><br>[~~PROPOSED~~] **ORDER AND NOTICE OF DISMISSAL AS TO CARMINA DANICA SANTOS *ONLY*** <br><br>(San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint as to Defendant Carmina Danica Santos without prejudice, and moves that the Court quash the

///

///

///

[PROP.] ORDER & NOTICE OF DISMISSAL
3-05-70743 JCS

1  warrant for the arrest of Defendant Santos that was issued in connection with the complaint in
2  this case. The warrant issued in connection with the indictment returned against Defendant
3  Santos should remain in place.

4  DATED: October 20, 2005                           Respectfully submitted,

5                                                    KEVIN V. RYAN
6                                                    United States Attorney

7
8                                                    _____/s/_____
                                                     TRACIE L. BROWN
9                                                    Assistant U.S. Attorney

10     Leave is granted to the government to dismiss the complaint as to Defendant Carmina
11  Danica Santos. It is further ordered that the arrest warrant issued in connection with the
12  complaint be quashed, but that the arrest warrant issued in connection with the indictment
13
14  returned against Defendant Santos remain in place.

15     SO ORDERED.

16  Date:  October 24, 2005

IT IS SO ORDERED
Judge James Larson

NOTICE OF DISMISSAL
3-05-70743 JCS                          2